# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>HELEN MUNOZ (2),<br><br>                Defendant. | CASE NO. 06CR2475-WQH<br><br>**JUDGMENT OF DISMISSAL** |
|---|---|

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: 21:952 and 960 IMPORTATION OF MARIJUANA

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 11, 2006

                                        WILLIAM Q. HAYES
                                        UNITED STATES DISTRICT JUDGE

                                    ENTERED ON 12/13/06